**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (If known): _____ Chapter _____

FILED
JAN -3 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   1461 Chapin St. NW LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or doing business as names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   86-1539545
   EIN

5. **Debtor's address**

   Principal place of business

   1461 Chapin St. NW
   Number   Street

   Washington   D.C.  20009
   City          State  ZIP Code

   D.C.
   County

   Mailing address, if different

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City          State  ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number   Street

   _____
   City          State  ZIP Code

RECEIVED 2024 JAN -3 PM 3:26 CLERK US DISTRICT & BANKRUPTCY COURTS

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  1461 Chapin St LLC *Nw*     Case number (if known) _____

6. Debtor's website (URL)    _____

7. Type of debtor
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the types of business listed.
   - [ ] Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   - [x] No
   - [ ] Yes. Debtor _____  Relationship _____
     District _____  Date filed ___/___/_____  Case number, if known _____
     Debtor _____  Relationship _____
     District _____  Date filed ___/___/_____  Case number, if known _____

**Part 3:   Report About the Case**

10. Venue

    Check one:
    - [ ] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [x] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 2

Debtor  1461 Chapin LLC [NW]                            Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Andrew Riguzzi | non payment of loan | $525,000 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $525,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: Andrew Riguzzi
Number Street: 1313 14th St NW
City: Washington   State: DC   ZIP Code: 20005

Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/3/2024
          MM / DD / YYYY

X [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name _____
Firm name, if any _____
Number Street _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

